IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILIP M. CONTRERAS,<br><br>  Plaintiff(s),<br><br>  v.<br><br>PFIZER, INC., et. al.,<br><br>  Defendant(s). | CASE NO. 5:09-cv-03405 EJD<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION**<br><br>[Docket Item No. 21] |

Presently before the court is a stipulation of the parties to stay the above-entitled action pending the resolution of various appellate proceedings. See Docket Item No. 21. Since the court finds good cause for the relief requested, the stipulated is GRANTED. Accordingly, the court orders as follows:

1. This action is STAYED in its entirety pending final resolution of the appeal in <u>D'Este v. Bayer</u> (07-56577), <u>Barnick v. Wyeth</u> (07-56684), and <u>Menes v. Roche</u> (08-55286). The Case Management Conference scheduled for March 2, 2012, is VACATED. The Clerk shall administratively close this file.

2. The parties shall provide notice to the court within 30 days of the final resolution of the appeals. In their notice, the parties shall request that this matter be reopened, and that a case management conference be scheduled.

3. This Order shall not prevent either party from seeking to reopen this case and lift or extend the stay should the circumstances warrant.

**IT IS SO ORDERED.**

Dated: February 23, 2012



EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-03405 EJD
ORDER GRANTING STIPULATION TO STAY ACTION