| | |
|---|---|
| 1 | PHILIP A. SIMPKINS, Bar No. 246635 |
| | pasimpkins@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | Treat Towers |
| 3 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California 94597 |
| 4 | Telephone: 925.932.2468 |
| | Facsimile: 925.946.9809 |
| 5 | |
| 6 | KIMBERLY J. GOST, Penn. Bar No. 82078 |
| | (*admitted pro hac vice*) |
| 7 | kgost@littler.com |
| | LITTLER MENDELSON |
| 8 | A Professional Corporation |
| | Three Parkway |
| 9 | 1601 Cherry Street, Suite 1400 |
| | Philadelphia, PA 19102.1321 |
| 10 | Telephone: 267.402.3000 |
| | Facsimile: 267.402.3131 |
| 11 | |
| 12 | Attorneys for Defendant |
| | PFIZER, INC. |
| 13 | |

IT IS SO ORDERED
Judge Edward J. Davila
9/24/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | PHILIP M. CONTRERAS, on behalf of himself and all others similarly situated, | Case No. CV 09-3405-EJD |
| 19 | | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | PFIZER, INC., a Delaware corporation, doing business in California as PFIZER PRODUCTS, INC.; and DOES 1 to 50 Inclusive, | |
| 23 | | |
| 24 | Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION OF DISMISSAL (No. CV 09-3405-EJD)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Philip M. Contreras and Defendant Pfizer, Inc., through their respective counsel, hereby stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs.

The Clerk shall close this file.

Dated: September 20, 2012    /s/ Philip A. Simpkins
PHILIP A. SIMPKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PFIZER, INC.

Dated: September 20, 2012    /s/ Eric B. Kingsley
ERIC B. KINGSLEY
KINGSLEY & KINGSLEY
Attorneys for Plaintiff
PHILIP M. CONTRERAS

FILER'S ATTESTATION:

Pursuant to Local Rule 5-1(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories to this document.

Dated: September 20, 2012    /s/ Philip A. Simpkins
PHILIP A. SIMPKINS

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATION OF DISMISSAL    2.    (No. CV 09-3405-JF)